**Order entered April 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01132-CR

**TONNIEL MARQUIS BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-11801-U**

## ORDER

Before the Court is court reporter Sasha Brooks's April 22, 2020 third request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by May 15, 2020.

/s/    BILL PEDERSEN, III
JUSTICE